UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES GODDARD

    v.                                                            CA 15-055 ML

LT. ODEN, C/O LEACH,
WARDEN KETTLE and
DIRECTOR WALL

## ORDER

This matter is before the Court on Plaintiff's Objection to the Report and Recommendation issued by Magistrate Judge Sullivan (Docket #4). This Court has reviewed the Report and Recommendation and Plaintiff's objections. Finding no merit in the objections, the Court adopts the Report and Recommendation. The Complaint is DISMISSED for failure to state a claim upon which relief can be granted.

If Plaintiff elects to file an Amended Complaint, he shall do so on or before April 30, 2015.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
March 27, 2015